8/26/2019 Pain Relief Naturally Recalls Pain and Itch Relief Creams, Sprays and Gels Due to Failure to Meet Child Resistant Closure Requirement;…

Case: 1:19-cv-05835 Document #: 1-2 Filed: 08/29/19 Page 1 of 4 PageID #:15



United States
CONSUMER PRODUCT SAFETY COMMISSION

# Pain Relief Naturally Recalls Pain and Itch Relief Creams, Sprays and Gels Due to Failure to Meet Child Resistant Closure Requirement; Risk of Poisoning (Recall Alert)

   

## Recall Summary

### Name of product:
Numbify, Extra Strength Numbify, Pre-TAT Tattoo, Superior Pain & Itch Relief & Soothing Sore Relief creams, sprays and gels

### Hazard:
The packaging is not child resistant as required by the Poison Prevention Packaging Act. The pain and itch relief creams, sprays and gels contain lidocaine, posing a risk of poisoning to young children if they put it on their skin or ingest it.

### Remedy:

EXHIBIT A

8/26/2019 Pain Relief Naturally Recalls Pain and Itch Relief Creams, Sprays and Gels Due to Failure to Meet Child-Resistant Closure Requirement;…

Case: 1:19-cv-05835 Document #: 1-2 Filed: 08/29/19 Page 2 of 4 PageID #:16

Repair

## Recall date:

November 1, 2018

## Units:

About 7,000

> Consumer Contact:
>
> **Pain Relief Naturally toll-free at 877-906-4806 from 9 a.m. to 5 p.m. PT Monday through Friday, email at <u>PRNCustomerCare@Gmail.com</u> or online at <u>www.Painreliefnaturally.com</u> and click on Recall information in the upper tab for more information.**

8/26/2019 Pain Relief Naturally Recalls Pain and Itch Relief Creams, Sprays and Gels Due to Failure to Meet Child-Resistant Closure Requirement;…

Case: 1:19-cv-05835 Document #: 1-2 Filed: 08/29/19 Page 3 of 4 PageID #:17

# Recall Details

## Description:

This recall involves all Pain Relief Naturally lidocaine-containing products including Numbify, Extra Strength Numbify, Pre-TAT Tattoo, Superior Pain & Itch Relief, and Soothing Sore Relief creams, sprays, gels and liquid gels.  The recalled products were sold in 1, 2 and 4 ounce size containers. The products have black packaging with the name of the product in gold, red, or green lettering.

| | |
|---|---|
| Numbify Cream, Spray, Gel & Liquid Gel | Black tubs and bottles with gold lettering |
| Extra Strength Numbify Cream, Spray, Gel & Liquid Gel | Black tubs and bottles with gold lettering |
| Pre-TAT Tattoo Cream, Spray, Gel & Liquid Gel | Black tubs and bottles with red lettering |
| Superior Pain & Itch Relief Cream, Spray, Gel & Liquid Gel | Black tubs and bottles with green lettering |
| Soothing Sore Relief Cream, Spray, Gel & Liquid Gel | Black tubs and bottles with green lettering |

## Remedy:

Consumers should immediately store the product in a safe location, out of reach of children and contact the firm to receive a free replacement cap. All known purchasers will be notified directly about the recall.

## Incidents/Injuries:

None reported

## Sold At:

Online at Amazon.com, Ebay.com, Walmart.com, Tatbalm.net, Naturallyhl.com and Numbify.com from August 2017 through August 2018 for between $12 and $30.

## Manufacturer(s):

Ridge Properties, DBA Pain Relief Naturally, of Salem, Ore.

8/26/2019 Pain Relief Naturally Recalls Pain and Itch Relief Creams, Sprays and Gels Due to Failure to Meet Child-Resistant Closure Requirement;…

Case: 1:19-cv-05835 Document #: 1-2 Filed: 08/29/19 Page 4 of 4 PageID #:18

## Manufactured In:

United States

## Recall number:

19-712