

United States
CONSUMER PRODUCT SAFETY COMMISSION

# Gillette Recalls Venus Simply3 Disposable Razors Due to Laceration and Injury Hazards




## Recall Summary

### Name of product:
Venus Simply3 Disposable razors

### Hazard:
A problem during manufacturing resulted in the misalignment of the blades in the razors, posing a higher risk of cuts during normal use.

### Remedy:
Replace

### Recall date:
June 27, 2019

**EXHIBIT B**

**Units:**

About 87,000 (in addition, about 2,700 were sold in Canada)

Consumer Contact:

**Gillette at 800-362-1258 from 9 a.m. to 6 p.m. ET Monday through Friday and 9 a.m. to 5 p.m. ET Saturday through Sunday or online at www.gillettevenus.com and click on Safety Notification for more information.**

# Recall Details

## In Conjunction With:

## Description:

This recall involves Venus Simply3 disposable razors. The razors come in pink, purple, and yellow colors and were sold in two types of packages: a Venus Simply3 Disposable Razor 4-pack and a Daisy 12+1 Venus Simply3 Bonus Pack which included one free Venus Simply3 razor.   The ten digit lot code can be found on the right or left side of the plastic package.  The UPC number can be found inside the package adjacent to the bar code.

| **Venus Simply3" – 4 count pack razors** | **Lot numbers:** <br> 9003A17400 and 9007A17400 <br> **UPC:** 047400315358 |
|---|---|
| **Daisy 12 + 1 Venus Simply3 razors** | **Lot number:** 9009A17400 <br> **UPC:** 047400300712 |

## Remedy:

Consumers should immediately stop using the recalled Venus Simply3 razors and contact Gillette to receive a postage-paid return label to return the razors and receive a voucher for a replacement.

## Incidents/Injuries:

Gillette has received one report of a consumer who was cut while using the recalled razor.

## Sold At:

Food, drug, and mass merchandise stores nationwide from January 2019 through May 2019 for between $6 and $10.

## Manufacturer(s):

The Gillette Company LLC, of Boston, Mass.

## Importer(s):

The Gillette Company LLC, of Boston, Mass.

## Manufactured In:

Mexico

## Recall number:

19-154



This recall was conducted, voluntarily by the company, under CPSC's Fast Track Recall process. Fast Track recalls are initiated by firms, who commit to work with CPSC to quickly announce the recall and remedy to protect consumers.