IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RYAN EDMUNDSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:19-cv-05835<br><br>Hon. Thomas M. Durkin |

**DEFENDANT AMAZON.COM, INC.'S MOTION TO DISMISS
COMPLAINT PURSUANT TO RULE 12(B)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc. ("Amazon") respectfully moves this Court for an order dismissing Plaintiff's Class Action Complaint (ECF No. 1) because Plaintiff fails to state a claim under the Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et. seq.*, and the Deceptive Trade Practices Act, 815 ILCS 510/2 *et. seq.*, and because Plaintiff's request for a temporary restraining order, preliminary injunction, and permanent injunction is procedurally improper. In support of its motion, Amazon incorporates its Memorandum of Law filed contemporaneously herewith.

Pursuant to the Court's standing order, counsel for Amazon conferred with counsel for Plaintiff regarding whether there is any objection to this motion. Plaintiff's counsel stated that Plaintiff objects to Amazon's motion.

**WHEREFORE**, Amazon respectfully requests that the Court grant its motion and enter an order dismissing Plaintiff's Class Action Complaint with prejudice and granting such other relief as the Court deems appropriate.

1

Dated:  October 15, 2019

Respectfully submitted,

**AMAZON.COM, INC.**

By: */s/ Elizabeth B. Herrington*
 Elizabeth B. Herrington
 Alex D. Berger
 Tyler Z. Zmick
 M<small>ORGAN</small>, L<small>EWIS</small> & B<small>OCKIUS</small> LLP
 77 West Wacker Dr.
 Chicago, IL 60601-5094
 Tel. 312.324.1445
 Fax 312.324.1001
 Beth.Herrington@morganlewis.com
 Alex.Berger@morganlewis.com
 Tyler.Zmick@morganlewis.com

## **CERTIFICATE OF SERVICE**

I, Elizabeth B. Herrington, an attorney, certify that on October 15, 2019, I caused a copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via the Court's CM/ECF system.

By: */s/ Elizabeth B. Herrington*
Elizabeth B. Herrington
