IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYAN EDMUNDSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | Case No. 1:19-cv-05835<br><br>Hon. Thomas M. Durkin |

**JOINT STIPULATION**

Pursuant to the Court's May 5, 2020 Order, Plaintiff Ryan Edmundson and Defendant Amazon.com, Inc. ("Amazon") submit this joint stipulation regarding the parties' positions on arbitration and the need for further briefing on the subject. (ECF No. 38.)

Plaintiff's Position:

After review of the evidence produced by Amazon, Plaintiff continues to object to arbitration as Amazon has not produced the conditions of use when Plaintiff created his Amazon account after being provided Plaintiff's email address as originally requested in Defendant Amazon.Com, Inc.'s Memorandum of Law in Support of its Motion to Compel Arbitration and Dismiss, or in the Alternative, Stay Claims as follows: "On September 12, 2019 and September 16, 2019, Amazon requested that Plaintiff's counsel provide the named Plaintiff's email address to Amazon so that it could determine, *inter alia*, exactly when Plaintiff created an Amazon account…While Amazon believes that this information would clearly demonstrate the

version of Amazon's COUs to which Plaintiff agreed…." (ECF 14 at FN. 5). Plaintiff intends to raise arguments relating to the enforceability of any purported arbitration provision.

Amazon's Position:

Consistent with the Court's order, Amazon produced to Plaintiff evidence "showing that Edmundson agreed to the conditions of use and the arbitration clause *when he made the purchases at issue*." (ECF 38) (emphasis added). Despite this, Plaintiff maintains his objections. Amazon will file its renewed motion to compel arbitration by July 13, 2020, consistent with the Court's order.

Plaintiff requests 28 days thereafter to file a Response. Amazon has no objection to Plaintiff's request.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **PLAINTIFF RYAN EDMUNDSON** | **DEFENDANT AMAZON.COM, INC.** |
| By: */s/ Lana Nassar* <br> One of His Attorneys | By: */s/ Elizabeth B. Herrington* <br> One of Its Attorneys |
| Heather Blaise <br> hblaise@blaisenitschkelaw.com <br> Lana Nassar <br> lnassar@blaisenitschkelaw.com | Beth Herrington <br> beth.herrington@morganlewis.com <br> Alex Berger <br> alex.berger@morganlewis.com <br> Tyler Zmick <br> tyler.zmick@morganlewis.com |
| BLAISE & NITSCHKE, P.C. <br> 123 N. Wacker Drive, Suite 250 <br> Chicago, IL 60606 <br> Telephone: 312-448-6602 <br> Facsimile: 312-803-1940 | MORGAN, LEWIS & BOCKIUS LLP <br> 77 West Wacker Drive <br> Chicago, IL 60601-5094 <br> Telephone: +1.312.324.1000 <br> Facsimile: +1.312.324.1001 |
| *Counsel for Plaintiff, individually and on behalf of all others similarly situated* | *Counsel for Defendant Amazon.com, Inc.* |

## **CERTIFICATE OF SERVICE**

I, Alex D. Berger, an attorney, certify that on June 22, 2020, I caused a copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via the Court's CM/ECF system.

By: */s/ Alex David Berger*
Alex D. Berger