IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYAN EDMUNDSON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 1:19-cv-05835<br><br>Hon. Thomas M. Durkin |

## DEFENDANT AMAZON.COM, INC.'S RENEWED MOTION TO COMPEL ARBITRATION AND DISMISS, OR IN THE ALTERNATIVE, STAY CLAIMS

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, Defendant Amazon.com, Inc. respectfully moves this Court for an order compelling Plaintiff to arbitrate his claims and dismissing Plaintiff's claims pending arbitration on an individual, non-class basis. In the alternative, Amazon respectfully moves this Court for an order staying the claims pending individual arbitration. In support of its motion, Amazon incorporates its Memorandum of Law filed contemporaneously herewith.

Pursuant to the Court's standing order, counsel for Amazon conferred with counsel for Plaintiff regarding whether there is any objection to this motion. Plaintiff's counsel stated that Plaintiff objects to Amazon's motion.

**WHEREFORE**, Amazon respectfully requests that the Court grant its motion and enter an order compelling Plaintiff to arbitrate his claims and dismissing his claims pending arbitration, or in the alternative, staying this action pending arbitration. Amazon further requests it be awarded costs and fees for this renewed motion and such other relief as the Court deems appropriate.

Dated: July 13, 2020

Respectfully submitted,

**AMAZON.COM, INC.**

By: */s/ Elizabeth B. Herrington*

   Elizabeth B. Herrington
   beth.herrington@morganlewis.com
   Alex Berger
   alex.berger@morganlewis.com
   Tyler Zmick
   tyler.zmick@morganlewis.com

   MORGAN, LEWIS & BOCKIUS LLP
   77 West Wacker Drive
   Chicago, IL  60601-5094
   Tel.  +1.312.324.1445
   Fax.  +1.312.324.1001

## CERTIFICATE OF SERVICE

      I, Elizabeth B. Herrington, an attorney, certify that on July 13, 2020, I caused a copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via the Court's CM/ECF system.

                                                        */s/ Elizabeth B. Herrington*
                                                        Elizabeth B. Herrington